**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-1154-RMR-MDB

JALLEH DOTY and JEFFREY OGDEN,
individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

QUANTUM METRIC, INC.,

*Defendant*.

---

**DEFENDANT QUANTUM METRIC, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**

---

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendant Quantum Metric, Inc. respectfully requests that the Court take judicial notice of the following documents, which are attached in **Quantum's Appendix ("Appx.")**:

- **Pages 12-18**: Screenshot of Quantum's webpage titled "Data Privacy and Security," available at https://www.quantummetric.com/platform/data-privacy-security/.

These documents are authenticated in the concurrently-filed declaration of Purvi G. Patel, though, in any event, the authenticity of these documents cannot reasonably be questioned for the reasons discussed below.

## II. QUANTUM'S WEBPAGES ARE SUBJECT TO JUDICIAL NOTICE

The Court may properly consider **Appx. pp. 12-18** because they are screenshots taken from Quantum's publicly-available website and the existence of these webpages "cannot reasonably be questioned." Fed. R. Evid. 201(b)(2)*; see also O'Toole v.*

*Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."); *see also Pahls v. Thomas*, 718 F.3d 1210, 1216 n.1 (10th Cir. 2013) (taking judicial notice of a Google map and satellite image); *Masterpiece Cakeshop Inc. v. Elenis*, 445 F. Supp. 3d 1226, 1257 n.10 (D. Colo. 2019) (taking judicial notice of business's statements on publicly available website); *c.f. Gutman v. PointsBet USA Inc.*, 2024 WL 2106517, at *7 (D. Colo. Apr. 18, 2024) (recognizing that judicial notice of a website is appropriate where the website is "publicly available").

Quantum's "Data Privacy and Security" webpage (**Appx. pp. 12-18**) is also expressly hyperlinked by Plaintiffs in their Complaint and therefore incorporated by reference into the Complaint. (ECF No. 1 ("Compl.") ¶ 24 n.9); *see Smith v. United States*, 561 F.3d 1090, 1098 (10th Cir. 2009) (when evaluating a "motion to dismiss, courts may consider not only the complaint itself" but also "documents incorporated into the complaint by reference"). "[T]he district court may consider documents referred to in the complaint if [they] are central to the plaintiff's claim and the parties do not dispute the documents' authenticity." *See Alvarado v. KOB–TV, L.L.C.*, 493 F.3d 1210, 1215 (10th Cir. 2007) (citation omitted). Here, the webpage is central to Plaintiffs' claim that their data was captured in a "deanonymized" manner because it explains the circumstances around Quantum's encryption protocols. (Compl. ¶ 35.)

///

///

///

## III. CONCLUSION

For these reasons, Quantum respectfully requests that the Court take judicial notice of **Appx. pp. 12-18**.

Dated: July 15, 2024

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*

Purvi G. Patel
PPatel@mofo.com
Erik Manukyan
EManukyan@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Elisabeth Hutchinson (CO SBN 46569)
EHutchinson@mofo.com
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

Elizabeth L. Arbatman
larbatman@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

***Attorneys for Defendant Quantum Metric, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to opposing counsel:

Philip L. Fraietta
pfraietta@bursor.com

Max S. Roberts
Mroberts@bursor.com

Caroline C. Donovan
cdonovan@bursor.com

Dated: July 15, 2024

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*

Purvi G. Patel
PPatel@mofo.com
Erik Manukyan
EManukyan@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Elisabeth Hutchinson (CO SBN 46569)
EHutchinson@mofo.com
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

Elizabeth L. Arbatman
larbatman@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

***Attorneys for Defendant Quantum Metric, Inc.***