**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-1154-RMR-MDB

JALLEH DOTY and JEFFREY OGDEN,
individually and on behalf of all others similarly situated,

     *Plaintiffs*,

 v.

QUANTUM METRIC, INC.,

     *Defendant*.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**FED. R. CIV. P. 41(A)(1)(A)(I)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Jalleh Doty and Jeffrey Ogden, through

counsel, hereby voluntarily dismiss their claims against Defendant Quantum Metric, Inc. without

prejudice.  Each party shall bear its own fees and costs.

Dated: July 19, 2024          Respectfully submitted,

           **BURSOR & FISHER, P.A.**

           By: */s/ Max S. Roberts*
                Max S. Roberts

           Max S. Roberts
           1330 Avenue of the Americas, 32nd Floor
           New York, NY 10019
           Telephone: (646) 837-7150
           Facsimile:  (212) 989-9163
           Email: mroberts@bursor.com

           *Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: July 19, 2024                    By: */s/ Max S. Roberts*
                                            Max S. Roberts